DLM

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE d/b/a
LAND PLAN ASSOCIATES

CA 08 281 S

V.

ARLENE EMBREY, TRIAL ATTORNEY
d/b/a MONETA CAPITAL CORPORATION
RECEIVER FOR: THE U.S. SMALL BUSINESS
ADMINISTRATION AND THE FORMER CR AMUSEMENTS,LLC

REPORT AND RECOMMENDATION
SUMMARY TO ATTACH IN TAX EVASION COURT AND ALL
ENVIRONMENTAL LAWS PRECLUDED IN RECEIVERSHIP COURT.

1.) It is hereby precluded that the rights hereunder to assigned rights of the personal Clients of Wesley Dana Plante d/b/a LAND PLAN ASSOCIATES of 5 Ferncrest Drive, Riverside, Rhode Island is hereby inclusive in the project known as the Former CR Amusements, LLC OR Rocky Point Amusement Park in Warwick County, R.I., SINCE 1999.
2.) The precluded rights are the lottery system to choose the assigned clients after the 2005 phone call adjoined by Charles Fulford of the regime of the U.S. Small Business Administration in Washington, D.C. ,THE FOLLOWING CLIENTS: TOLL BROTHERS, INC.- Mr. Patrick Mallon who had signed a contract on behalf of Mr. Plante in the Milford, Ma. Office of Toll Brothers, Inc. LEACH FAMILY HOLDINGS, LLC- were invited into my cartel by limited partner Joseph G. Leonardo, Jr.RE; a discharge to vice his involvement with Rocky Point with James Leach, his partner as of July 10, 2008.

Due to my involvement with the Republican Senatorial Committee in Washington, D.C. and former Mayor Lincoln D. Chafee of Warwick, R.I., SINCE 1999,

TO PROVE STATEMENT #1

The precluded rights are a masterplan (enclosed in 1999) showing my parent co's Involvement with Mayor Chafee since 1999. It masterplans a lottery system of each development right along the property. The idea of the Federal Judge copying this concept Of an 'ANTECEDENT AUCTION" came from some file in the attorney I recommended it to without payment under my Bachelor of Fine Arts Degree in Landscape Architecture, Part of the RECEIVERSHIP COURT.

TO PROVE STATEMENT #2

The clients Toll Brothers,Inc, of Milford Ma. And Leach Family Holdings, LLC if taken And removed because the contractor license supercedes the consultants rights "to gain or Recover under any set of facts" ROMA CONSTR CO V. RUSSO, 96F 3d 566, 569(1st Cir. 1996) Then the receivership court should grant the motion it appears to a certainty the plaintiff was unable to produce a set of facts."

Wesley Dana Plante, Pro Se July 24, 2008

UNITED STATES DISTRICT COURT OF RHODE ISLAND C.A. No. 08-

The Rhode Island Department of Environmental Management is offering a stalemate option to propose a riparian buffer restoration grant program and the Brownsfield Remediation of which I will surface evidence of the 41 acre park if necessary to this Court as a buyout.

Wesley Dana Plante, Pro Se

July 24, 2008