March 18,2008

U.S. Small Business Administration
As Receiver for Moneta Capital Corporation
ATTN:Thomas Morris, SBA Liquidation Department
409 3rd Street,SW,Suite 200
Washington, D.C.20416

RE: Final Sale/Closing on MARCH 28,2008
Rocky Point Amusement Park,Warwick, R.I.02885

Dear Mr.Morris/Ms.Embrey:

Please be advised that through the letters that have been transcribed by Ms.Embrey,the Legal Counsel as Receiver for Moneta Capital Corporation, I am due an assigned right under a stipulation as a third party agreement through Mr.Cambios' Syndidate known as the Leonardo Farm Consortium via Joseph G. Leonardo,Jr. This is an assigned right through a lever-aged/buyout through Mr.Cambio testifying to me to aquire the property now held by the Leach Family Holdings,LLC in 2005 where JPI,Inc held an agreement with Stone Tower Properties through which Mr.Cambio read and I advised not to aquire the Leonardo Farm Estate at 1279 Wampanoag Trail in East Prov-idence, R.I.due to the assigned rights under the land at which it was ventured JPI, Inc was asked to leave through my "Texas Birth Certificate" and paid a fee to represent the City of East Providence and Nicholas Cambio et al.

The Auction has a backout clause to place demunition through the U.S.Bankruptcy Court ON THIS FILE SINCE IN 2005,I REPORTED TO THE FEDERAL IRS I WAS PAID $550.00 by LEONARDO. There has been no other involvement in any other parties since that time,other than the assigned Engineer, to which the public may be at unrest to the layout and masterplan.

The landscaping of the Rocky Point Project through the chosen Real Estate Developer, Nicholas Cambio, was chosen as an "environmental planning" fee that can be assigned under a not to exceed manhour stipulation of $18.04/hr. My Magnate Cartel would be glad to also review the land-scaping requirements and propose a design/build if necessary.

Very truly yours,
LAND PLAN ASSOCIATES OF THE REAL ESTATE MAGNATE CARTEL

Wesley D. Plante, B.F.A,B.L.A., DEA/RI Certified
Chairman and Chief Executive Officer