July 01, 2008

Mr. Thomas Morriss, Esquire
The Moneta Capital Corporation for:
The U.S. Small Business Administration

Washington, D.C.

Re: Intent to have Charles Fulford through the U.S. Small Business Administration And the U.S. Bankruptcy Court to issue a co-operative set of rights under the Divisional entitlement of his office upon a letter herein sent in 2005.

Dear Mr. Morriss:

Mr. Charles Fulford, called my former company, Real Estate Design Services, located At 53 Seventh Street, East Providence, R.I. that invariably has an EIN number associated To its parent company- Land Plan Associates, in 2005. This was during the period that My client Toll Brothers, of the Massachusetts Office, Mr. Patrick Mallon, was backing out of the plan to develop 395 units of luxury condominiums at the former Rocky Point Amusement Park. I declared a truce with Mr. Fulford, that the arrangement and scenario Of the future entitlement of the park be done under a leveraged/managed/buyout/takeover

Mr. Fulford agreed to this arrangement, full force and effect. I am sure all Washington, D.C.telephone calls are recorded. What I am proving is that the enclosed site plan meets The terms of a lottery system under the research patent described in the lottery buoyout. My office has since moved twice since then, under two separate names, but the same Parent company.

I hope that this brings good news to the U.S. Bankruptcy Court, and the reason to carry The dream all Rhode Islanders deserve.

Very truly yours,
LAND PLAN ASSOCIATES OF THE REAL ESTATE MAGNATE CARTEL

Wesley Dana Plante, B.F.A.,B.L.A.
Authorized to work under DEA/RI Certified