


A = EXISTING SHORE DINNER HALL
B = 10-STORY LUXURY CONDOMINIUMS
C = MIXED-USE SHOPPING / APARTMENTS
D = TOWNHOUSE / ROW HOUSES
E = HOUSING FOR THE ELDERLY
F = COMMUNITY CENTER
G = TWO STORY CONDOMINIUMS
H = MULT-FAMILY HOUSING

1999

PROPOSED RE-DEVELOPMENT AT ROCKY POINT PARK
DESIGN BY: LAND PLAN ASSOCIATES
81 HAZARD AVENUE
E. PROVIDENCE, RI 02914

©