# CONTRACTUAL AGREEMENT

## EXCLUSIVE AGENT LISTING AGREEMENT

It is hereby agreed that Wesley Dana Plante, under the authority of the State of Rhode Island DEA working requirements is made the Exclusive Agent of the Leonardo Farm Consortium, made up of advisors who have demonstrated superlative relationships in the built form of shopping centers and building emporiums in R.I. and nearby Massachusetts. The exclusive agents contractual duties are to administratively adjudicate the responsibility of calling upon the consortium members to sell the parcels of development agreed upon and accessible through mailings, phone conversations, and private dealings directly with Joseph G. Leonardo, Jr. and Family.

The Exclusive Agents duties are to administer the consortium boards faculty management practices, rules, and regulations, set up render a code of ethics and set guidelines for the board to peaceably assemble at a location for dinner at quarterly meetings to discuss the masterplan, budget, and sales projections. The leveraged buyout options of swipe overlay masterplans is to be concluded by the feedback by the consortium board member(s) who professionally fit the role to conclude the decisions and manufacture a report in duplicate fashion. The exclusive agent will deliberate all conferral efforts to "pass into release" the significant borrowing of the subdivision of parcels to ~~and~~ an office park and commercial plaza setting after studying the environmental control issues of the abutting encroachment and constraints of runoff from overland drainage flow into each development parcel and the soils analysis at peak 100-yr. storm.

It will be observation and accountability to serve factual diagrams and site plans prepared by the exclusive agent up to the time the registered land surveyor and registered professional engineer is hired by the property owner, as first a marketing diagram, then as a final copy to city hall, after review by the Leonardo Farm Consortium.

[signature] 4-18-05