UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WESLEY DANA PLANTE d/b/a LAND PLAN ASSOCIATES, Plaintiff, | : | |
| v. | : | CA 08-281 S |
| ARLENE EMBREY, TRIAL ATTORNEY d/b/a MONETA CAPITAL CORPORATION, RECEIVER FOR: THE U.S. SMALL BUSINESS ADMINISTRATION AND THE FORMER CR AMUSEMENTS, LLC, Defendants. | : | |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED IN FORMA PAUPERIS**

Before the Court is the Application to Proceed without Prepayment of Fees and Affidavit ("Application") of Plaintiff Wesley Dana Plante ("Plaintiff"). On July 28, 2008, Plaintiff filed the Application and several other documents. The first of these documents is presumably intended as his Complaint. It is confusingly entitled "Report and Recommendation Summary to Attach in Tax Evasion Court and All Environmental Laws Precluded in Receivership Court" (Document #1). This document and most of the documents attached to it (except for letters written by persons other than Plaintiff) are incomprehensible. Therefore, Plaintiff's Complaint fails to comply with Federal Rule of Civil Procedure 8(a).[1]

---

[1] Federal Rule of Civil Procedure 8(a) states:

> (a) Claim for Relief. A pleading that states a claim for relief must contain:
>
> > (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

Accordingly, Plaintiff's Application is denied without prejudice. Plaintiff is directed to file by August 15, 2008, an amended complaint. The amended complaint shall be titled "First Amended Complaint" and shall set forth in an understandable manner Plaintiff's claim, the relief he seeks, and the basis for this Court's jurisdiction. In other words, Plaintiff's First Amended Complaint must comply with Federal Rule of Civil Procedure 8(a). If Plaintiff fails to comply with this order, this Magistrate Judge will issue a Report and Recommendation recommending that Plaintiff's Application be denied and that his Complaint be dismissed.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 30, 2008

---

> (2) **a short and plain statement of the claim showing that the pleader is entitled to relief**; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a) (bold added).