UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE d/b/a
LAND PLAN ASSOCIATES,
Plaintiff,

CA 08-281 S

v.

ARLENE EMBREY, TRIAL ATTORNEY
d/b/a MONETA CAPITAL CORPORATION,
RECEIVER FOR: THE U.S. SMALL
BUSINESS ADMINISTRATION AND THE
FORMER CR AMUSEMENTS, LLC,
Defendants.

FIRST AMENDED COMPLAINT

The Court's jurisdiction remains that it is volatile under the receivership Attorney Arlene Embrey to copy my text of "leveraged/managed/buyout/takeover" Under a lottery system to auction the Rocky Point site to my client's buyer of the Rocky Point Park, James Leach. This copying was done by a research patent recorded With the U.S. SMALLBUSINESS ADMINISTRATION in 2005 through Attorney Thomas Morris and prior to this date to the falling out of the client, Toll Brothers, Inc., And Mr. Charles Fulford of the U.S. Small Business Administration in 2005 over a A telephone taped conversation in Washington, D.C.

The volatile 'copyright research patent' (see enclosed) adapted the telephone auction Through the leveraged/managed/buyout/takeover as the result of the lottery system being Sanctioned by Ms. Embrey and the 2007 U.S. District Court Date chosing Leach Family Holdings, LLC after a prior client, Nicholas Cambio was rejected.

To prove the point, Mr Leonardo is Mr. Leach's Contractor under R.I. License.I was asked to leave the post of being Mr. Leonardo's consultant on July 10,2008. This makes Mr. Leonardo and his client Mr. LEACH in breach of the relationship to the leveraged Buyout under Mr. Leonardo's agreement.

Under Federal mandate jurisdiction of revision civil procedure 8(a) both Mr. LEONARDO AND MS. EMBREY BREECHED THEIR LICENSES through my Bachelor of Fine Arts Degree in Landscape Architecture, my DEA/RI Certified and My disability through the American with Disabilities Act of 1990. Proof: ROMA CONSTR. CO. v.aRUSSO 96 f.3D 566, 569 (1996 1st Cir.)

The Following relief is REQUESTED:

$63.14/hr ($18.04/hr base +$45.10 overhead) x 80hrs per month =$60,614.40/yr

UNITED STATES DISTRICY COURT- FOR THE DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE v. ARLENE EMBREY CA 08-281 S

Relief REQUEST continued:

$60,614.40/YR under a volunteer rate of pay for lease at an office space also, Furniture, and taxes paid on the business.

The agreement for the Leonardo started on April 18, 2005 and ended with a Cash goodbye of $1,000.00. on July 10, 2008.

Therefore, the time spent on the LEONARDO DEAL WITH LEACH IS 3.28 years.

$60,614.40 x 3.28 years = $ 198,815.23 gross SETTLEMENT

Payment arrangement: 5 YEARS, MONTH TO MONTH UNTIL PAID.

Wesley Dana Plante

State of Rhode Island County of Providence

Subscribed and sworn to before me this 5th day of August 2008

Notary Public Shontell Gomes

My commission expires 4-23-09