# REAL ESTATE DESIGN SERVICES

OF THE ATLANTIC SEABOARD CONSORTIUM CONGLOMERATE

WESLEY D. PLANTE†, BFA, BLA††
53 SEVENTH STREET
E. PROVIDENCE, RI 02914
CELL PHONE (401) 954-6936

SERVICING ALL AREAS OF HOUSING
DENSITY TYPES / STUDIES • LAND USE /
LAND RECLAMATION • HORTICULTURAL USE
• ANALYTICAL PERSPECTIVE LAYOUT •

April 04,2005

Mr. Tom Morriss, Esquire
Legal Counsel, Office of Liquidation, 6th Floor
United States Small Business Administration
Washington, D.C. 20416

RE: Intent to engage a contractural bidding processes
"Takeover managed leveraged buyout"-Rocky Point Park

Dear Tom:

It was a pleasure speaking with you via telephone from my home office on Friday, April 01,2005. At this juncture, I did want to remind you that Bill Facente from Warwick City Hall and I worked apart and together as my Former business- "The East Bay Environmental Advocacy Group" on the Issues of the development infrastructure of Rocky Point Park.

The United States Bankruptcy Court in Providence, R.I. permissively set In motion the task of selling it to your "control unit" the U.S.SBA until The "Vanderbuilt Group" decides how to facilitate its "trademark" on This site.

My real estate design trademark differentiates between encroachment and Development constraints. To differentiate would be to place a "flow chart Analysis" of "burden of proof" over the site and test for abbidding rights On statuted lot dimensions for clustered housing, high-rise, and block Elderly housing.

The United States Department of Housing and Urban Development sets For dimensional requirements, and the law will not be permissive without A "trademark control". On the site plan I have surfaced from my old files, Note the year 1999. U.S. Senator Linoln D. Chafee was then Mayor of Warwick, R.I. At that time, my son was 7 years old, my daughter 5 years Old.

It is significant that the environmental impact would be austere on Warwick Neck Avenue, and Route 117 returning to Providence, R.I. if this project Remains anything but a completed elderly or empty nester community.

The community, I am assured cannot handle the school system strain it is Presently under or any of the sanitary, trash hauling, or provider assistance Without tax dollars. I would suggest a moderated mini-village/self supportive New town concept based on the port authority concept of the "Bay Island" Tours and the Emergency Prepardness System.

• A FIDUCIARY TRUST CO. SPANNING TWO DECADES OF SERVICE •

† GRADUATE OF CALDWELL BANKER
FUNDAMENTAL REAL ESTATE PRE-LICENSE (1985)
†† RHODE ISLAND SCHOOL OF DESIGN 1982/83
PAST MEMBER, AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, 1985

# REAL ESTATE DESIGN SERVICES

## OF THE ATLANTIC SEABOARD CONSORTIUM CONGLOMERATE

WESLEY D. PLANTE†, BFA, BLA††
53 SEVENTH STREET
E. PROVIDENCE, RI 02914
CELL PHONE (401) 954-6936

SERVICING ALL AREAS OF HOUSING
DENSITY TYPES / STUDIES • LAND USE /
LAND RECLAMATION • HORTICULTURAL USE
• ANALYTICAL PERSPECTIVE LAYOUT •

Page Two Continued- Mr. Tom Morriss, United States SBA- April 04, 2005

Thus the test on Contolled and Regular Unit Developments on a flow chart Analysis is as follows:




Lastly, this package supports the elderly because I am DEA/RI Certified. The enclosed lottery letter is conducive to the spirit of this R.I. Project.

Please be re-assured I will be ABLE, READY, AND WILLINGLY to Compile a written report to the developer of $25.00 per hour/manhours And two times the rate for overhead should extra staff be requested to Manage the support of the office. A retainer of 10% down of the total Contract will be required.

Please call me at 1-(401)-438-2153 ASAP, should you need any questions Answered.

Very truly yours,
THE ATLANTIC SEABOARD CONSORTIUM CONGLOMERATE

Wesley Dana Plante

Wesley Dana Plante, B.F.A., B.L.A.
Chairman and the Chief Executive Officer

• A FIDUCIARY TRUST CO. SPANNING TWO DECADES OF SERVICE •

† GRADUATE OF CALDWELL BANKER
FUNDAMENTAL REAL ESTATE PRE-LICENSE (1985)
†† RHODE ISLAND SCHOOL OF DESIGN 1982/83
PAST MEMBER, AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, 1985