MAILING ADDRESS
53 SEVENTH ST.
E.P. RI 02914
401-270-5006

# LEASE

**DATE OF LEASE:** 10/5/06

**IDENTITY OF LESSOR:** 1507 POST RD. ASSOC.

**IDENTITY OF LESSEE:** WESLEY D. PLANTE

## WITNESSETH

**1. PREMISES:**

Lessor hereby leases to Lessee 275 gross square feet of office space on the 2ND floor of Lessor's building located at 172-182 TAUNTON AVE EAST PROV RI, designated as office number 2, hereinafter referred to as the "Premises."

The parties hereto for themselves, their heirs, executors, administrators, successors and assigns hereby covenant as follows:

1. Lessee shall pay the rent as herein provided.
2. Lessee shall make no changes in the Premises without prior written permission from the Lessor.
3. Lessor shall maintain and repair the exterior public portions of the building in which the Premises are located.

**2. TERM:**

The term of this lease shall be for 1 YEAR commencing on NOV 1ST 2006, and ending on OCTOBER 31, 2007, subject to the conditions hereinafter set forth.

**3. BASE RENT:**

The Lessee shall pay to the Lessor an annual base rent in the amount of $ 3000.00, payable in equal monthly installments of $ 250.00 in advance or on the 1st day of each month.

**4. COMMENCEMENT RENT:**

It is understood and agreed that said fixed rent and all other charges due under this lease shall commence on the date possession of the Premises is delivered to the Lessee.

Lessor hereby acknowledges there is a security deposit being received from Lessee hereunder in the amount equal to one month's rental. Said security deposit shall be augmented on each anniversary date of this agreement so that the Lessor shall always have the equivalent of one month's

34. SUBMISSION NOT AN OFFER:

The submission of a draft of this lease, or a summary of some or all of its provisions, does not constitute an offer to lease or demise the Premises, it being understood and agreed that neither Lessor nor Lessee shall be legally bound with respect to the leasing of the Premises unless and until this lease has been executed by both the Lessor and Lessee.

IN WITNESS WHEREOF, each of the parties have caused this instrument to be executed on its behalf and its corporate seal, if applicable, to be herein affixed by its officers thereunto duly authorized and each of the individual parties hereto has hereunto said his hand and seal, all in duplicate original, the day and year first above written.

LESSOR:

_______________________ _______________________

Witness as to:

LESSEE:

_______________________ _______________________

Witness as to:

State of Rhode Island
County of ______________, ss.

On this ______ day of ______________, 20__, before me came ______________, to me known, and ______________, of ______________, known by me to be the party executing the foregoing instrument on behalf of said corporation and acknowledges said instrument to be his own free act and deed of said corporation.

_______________________
Notary Public
Commission Expires:______________

State of Rhode Island
County of ______________, ss

On this ______ day of ______________, 20__, before me came ______________, ______________, to me known, and known by me to be the party executing the foregoing instrument, and acknowledged said instrument to be of his own free act and deed.

_______________________
Notary Public
Commission Expires:______________