UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE d/b/a
LAND PLAN ASSOCIATES,
Plaintiff.

v. .C. A. 08-281-S

ARLENE EMBREY, TRIAL ATTORNEY
d/b/a MONETA CAPITAL CORPORATION.
RECEIVER FOR:THE U.S. SMALL BUSINESS
ADMINISTRATION AND THE FORMER
CR AMUSEMENTS. LLC..
Defendants.

FINAL COMPLAINT AND APPEAL
Compliant with Federal Rule of Civil Procedure 72(b)
And District of RI Local Rule Cv 72 (d)

Due to Ms. Arlene Embrey's lack of authority to appoint me as the Attorney-in-Fact over the Sale of Rocky Point Amusement Park (formerly known as CR Amusements, LLC), due to Lack of the Court's suppressors supporting the document to the Federal Justice to a telephone Auction recommended by my witnesses, Mr. William Facente, former Director of the Economic Development Office at Warwick ,R.I. City Hall and Mr. Charles Fulford, Associate Director Of the U.S. Small Business Administration in Washington, D.C.(1999-2008), by and through A volunteer cause, showing due cause by the versatile issuance of the lottery system through An auction- leveraged/managed.buyout/takeover. The lottery/auction concept was my ultimate Say through Charles Fulford after Toll Brothers, Inc, pulled out. This was the deal.

Mr. Thomas Morriss, Esquire the Liquidations Attorney for the United States Small Business Administation in Washington, D.C. in 2005 was called by Mr. Plante via telephone to Washington D.C. to indicate several parties I am versed in to the potential sale of the park.In the first complaint Filed to U.S. District Court,Joseph G. Leonardo,Jr., my former client, partners with the buyer for the Park, LEACH FAMILY HOLDINGS,LLC, was a leveraged/buyout, proving the point of the auction Concept in Mr. Leonardo's Exclusive Agency Agreement.

Mr.. Thomas W. Pearlman, Esq., Attorney-at-law ordained me as consultant to the Rocky Point Amusement Park through the 'EXHIBIT B' I hold a pre-license certificate in Real Estate Funda-Mentals from Caldwell/Banker Real Estate School in 1985. The Copyright law gives rise to the Auction concept through the consultant permission by an Attorney-at-law.Because I am part of This Alaskan excess acreage that went defunct under a simultaneous leasing system which is the The Bureau of Land Management and the United States Department of the Interior . Under the Alaskan/Bureau of Indian Affairs, I am entitled to relief for medication, housing and employm

UNITED STATES DISTRICT COURT –FOR THE DISTRICT OF RHODE ISLAND- 08-281-S

Ent under the legislation of the Bureau of Indian Affairs of 1824. SEE 'EXHIBIT C'- MEDICATION LIST. Since MY Medicare Part D is in Force and I receive C-Map prescriptions because I have the Qualified income and lack of family and financial support from any employment, I am due relief For ASSISTANCE TOWARDS Housing to perform a job.The AVERAGE Housing costs are $ 1,000.00/per month for the apartment. Since I have children and have them visiting, my SSDI Check JUST DOESN'T CUT IT. If I am to remain disabled and work under the self-employment Volunteer status I am used to, Section 8 housing wouldn't tolerate the solicitations or clients coming Onto the premises.

Please feel free to comment on the percentage of what the Federal Government will pay for partial Housing costs to compete in the work place for consultant work like Freedom Bay Cottages,LLC I have asked to be employed through Winograd, Shine& Zacks, Attorney-at-Laws.

I am a sixth generation blood relative to myself of Elizabeth Sundown, a Shawnee Indian! wdp.

WESLEY DANA PLANTE d/b/a
LAND PLAN ASSOCIATES, Pro Se

August 18, 2008