tion. In 1977 her Congress party was defeated in the national elections. Gandhi stepped down and the new leadership restored democratic freedoms. The new government proved ineffective, however, and in the elections of 1980 Gandhi was returned to power.

During the 1980's and early 1990's, India was beset with strife among various ethnic groups, especially between the Sikhs and the Hindus and between Muslims and Hindus. In 1984 Sikh extremists assassinated Gandhi. Neither Rajiv Gandhi, Indira's oldest son, who served as prime minister, 1984-89, nor later prime ministers were able to end the ethnic conflict. Rajiv was assassinated in 1991 by Tamil extremists while campaigning. In 1992 hundreds died in rioting between Hindus and Muslims after a radical Hindu group demolished a historic mosque.

---

For further information, see:

*Physical Features*

ANDAMAN AND NICOBAR ISLANDS
BENGAL, BAY OF
BRAHMAPUTRA RIVER
DECCAN
GANGES RIVER
HIMALAYAS
INDUS RIVER
LACCADIVE ISLANDS
SUTLEJ RIVER
THAR DESERT
YAMUNA RIVER

*States, Territories, and Regions*

BENGAL
GOA
KASHMIR
MALABAR COAST
PONDICHERRY
PUNJAB
RAJPUTANA
SIKKIM

*Cities*

AGRA
AHMADABAD
AJMER
ALLAHABAD
AMRITSAR
BANGALORE
BOMBAY
CALCUTTA
DARJEELING
DELHI
HOWRAH
HYDERABAD
INDORE
JABALPUR
JAIPUR
JAMSHEDPUR
KANPUR
LUCKNOW
MADRAS
MADURAI
MEERUT
NAGPUR
NEW DELHI
PATNA
POONA
SHOLAPUR
TIRUCHCHIRAPPALLI
TRIVANDRUM
VADODARA
VARANASI

*History before 1877*

AKBAR
ALBUQUERQUE, AFFONSO DE
ALEXANDER THE GREAT, subtitle *Final Period*
ARYANS
ASOKA
AURANGZEB
BABUR
BLACK HOLE OF CALCUTTA
CABRAL, PEDRO ALVARES
CLIVE, ROBERT
DUTCH EAST INDIA COMPANY
EAST INDIA COMPANY
GAMA, VASCO DA
HASTINGS, WARREN
HYDER ALI
INDIAN MUTINY
INDUS VALLEY CIVILIZATION
KHYBER PASS
MARATHA
RANJIT SINGH
SEVEN YEARS' WAR
SHAH JAHAN
TAMERLANE

*History from 1877*

AMBEDKAR, BHIMRAO RAMJI
BESANT, ANNIE
CURZON, MARQUESS
DURBAR
GANDHI, INDIRA N.
GANDHI, MOHANDAS K.
HALIFAX, EARL OF
JINNAH, MOHAMMED ALI
MOUNTBATTEN OF BURMA, EARL
NAIDU, SAROJINI
NEHRU (family)
PANDIT, VIJAYA L.
PRASAD, RAJENDRA
RADHAKRISHNAN, SIR SARVEPALLI
WAVELL, EARL
WILLINGDON, MARQUESS OF

*Miscellaneous Biography*

BOSE, SIR J. C.
RAMAN, SIR C. V.
TAGORE, SIR RABINDRANATH
TERESA, MOTHER

*Miscellaneous*

BUNGALOW
DRAVIDIAN
FAMINE, subtitle *Major Famines*
FLAG (color page)
HASHISH
JUTE
MAHATMA
RAJAH
SIKHISM
SITAR
THUGS

---

Books about India


Cronin, Richard. *Imagining India* (St. Martin's Press, 1989).
Embree, A. T., and Stephen Hay, editors. *Sources of Indian Tradition,* 2nd edition (2 volumes; Columbia University, 1988).
Hardgrave, R. L., and S. A. Kochanek. *India: Government and Politics in a Developing Nation* (Harcourt Brace Jovanovich, 1986).
Kulke, Hermann, and Dietmar Rothermund. *A History of India* (Barnes & Noble, 1986).
Kusy, Frank. *India,* 2nd edition (Globe Pequot Press, 1989).
Palmer, Paige. *The Best of India: from Budget to Luxury* (Pilot Books, 1987).
Wolpert, S. A. *A New History of India,* 3rd edition (Oxford University, 1989).

For Younger Readers

Ardley, Brigette and Neil. *India* (Silver Burdett, 1989).
Caldwell, J. C. *India* (Chelsea House, 1990).
Haskins, James. *India Under Indira and Rajiv Gandhi* (Enslow, 1989).
Traub, James. *India: the Challenge of Change,* revised edition (Messner, 1985).


**India Ink.** See INK, subtitle *Writing and Drawing Inks:* India Ink.

**India Rubber Tree.** See RUBBER PLANT.

**Indian, American.** See INDIANS, AMERICAN.

**Indian Affairs, Bureau of (BIA),** a United States government agency that is responsible for the welfare of American Indians and Alaska native peoples who live on reservations or remain in a trust relationship to the federal government. (The federal government acts as trustee for these peoples' lands and moneys; the BIA serves as the government's principal agent in this relationship.) The function of the BIA is to help these peoples develop and use their economic resources; to encourage and train them to manage their own property and affairs; to





employ them in the direction anc
ment of BIA programs; and to assi
securing the services of other p
private agencies.

The BIA is part of the Departm
Interior and is headed by an assis
tary. It was established in 1824.

**Indian Apple.** See MANDRAKE

**Indian Bean.** See CATALPA.

**Indian Claims Commission.**
ANS, AMERICAN, subtitle *Govern*
*cy Toward Indians:* 20th Century

**Indian Cobra.** See COBRA.

**Indian Corn,** or **Maize.** See C

**Indian Fig.** See CACTUS, subt
*and Uses of Cactus.*

**Indian Hemp.** See DOGBANE.

**Indian Literature.** See LITERA
DIAN.

**Indian Mounds.** See MOUND I

**Indian Mutiny,** or **Sepoy Mut**
a rebellion of native troops (sepo
the British in India. (Indian M
Sepoy Mutiny are the names by
revolt is known in the West; in
generally called the Indian Rev
First War of Independence.) Tl
occurred mainly in the Bengal
stemmed from dissatisfaction cau
recent British annexation of ma
states and the rapid introduction
customs. In May, 1857, sepoys
revolted and marched on Delhi.
turing the city they made the pup
emperor their leader. Delhi was
the British in September.

The other center of rebellion
now, where a British garrison w
lengthy siege. As a result of t
Mutiny, the East India Company
ished and its territory transferr
British Crown. The Mogul em
deposed and his sons were shot.

See also CAMPBELL, Sir Co
INDIA COMPANY; HAVELOCK, S
KANPUR; LUCKNOW.

**Indian Myths and Legends**
See MYTHS AND LEGENDS, subt
*Indian Myths and Legends.*

**Indian Ocean,** an ocean lyin
Asia, west of Australia, north of
and east of Africa. One-fourth of
people live in countries touching
The area of the Indian Ocean is
square miles (73,427,000 km²).
one-seventh of the earth's surf

ɴDIRA N. | NAIDU, SAROJINI
| NEHRU (family)
| PANDIT, VIJAYA L.
IDAS K. | PRASAD, RAJENDRA
EARL OF | RADHAKRISHNAN, Sir SARVEPALLI
ᴧMED ALI | WAVELL, EARL
TTEN OF | WILLINGDON,
., EARL | MARQUESS OF
*Biography*
J. C. | TAGORE, Sir
Sir C. V. | RABINDRANATH
| TERESA, MOTHER

W | JUTE
N | MAHATMA
subtitle | RAJAH
*Famines* | SIKHISM
or page) | SITAR
| THUGS

ut India


Richard. *Imagining India* (St. Martin's 1989).
A. T., and Stephen Hay, editors. *Sourc-ndian Tradition,* 2nd edition (2 volumes; ıbia University, 1988).
ve, R. L., and S. A. Kochanek. *India: nment and Politics in a Developing Na-* Harcourt Brace Jovanovich, 1986).
Iermann, and Dietmar Rothermund. *A ry of India* (Barnes & Noble, 1986).
rank. *India,* 2nd edition (Globe Pequot 1989).
Paige. *The Best of India: from Budget to ry* (Pilot Books, 1987).
, S. A. *A New History of India,* 3rd n (Oxford University, 1989).
Readers
Brigette and Neil. *India* (Silver Burdett,
ı, J. C. *India* (Chelsea House, 1990).
, James. *India Under Indira and Rajiv hi* (Enslow, 1989).
James. *India: the Challenge of Change,* ed edition (Messner, 1985).


**Ink.** See INK, subtitle *Writing and Inks:* India Ink.

**Rubber Tree.** See RUBBER PLANT.

**ı, American.** See INDIANS, AMER-

**n Affairs, Bureau of (BIA),** a States government agency that is ɔle for the welfare of American and Alaska native peoples who live ɹations or remain in a trust relation-he federal government. (The federal ıent acts as trustee for these peoples' ıd moneys; the BIA serves as the ıent's principal agent in this rela-.) The function of the BIA is to help oples develop and use their econom-rces; to encourage and train them to their own property and affairs; to



employ them in the direction and management of BIA programs; and to assist them in securing the services of other public and private agencies.

The BIA is part of the Department of the Interior and is headed by an assistant secretary. It was established in 1824.

**Indian Apple.** See MANDRAKE.

**Indian Bean.** See CATALPA.

**Indian Claims Commission.** See INDIANS, AMERICAN, subtitle *Government Policy Toward Indians:* 20th Century.

**Indian Cobra.** See COBRA.

**Indian Corn,** or **Maize.** See CORN.

**Indian Fig.** See CACTUS, subtitle *Kinds and Uses of Cactus.*

**Indian Hemp.** See DOGBANE.

**Indian Literature.** See LITERATURE, INDIAN.

**Indian Mounds.** See MOUND BUILDERS.

**Indian Mutiny,** or **Sepoy Mutiny,** 1857, a rebellion of native troops (sepoys) against the British in India. (Indian Mutiny and Sepoy Mutiny are the names by which the revolt is known in the West; in India it is generally called the Indian Revolt or the First War of Independence.) The mutiny occurred mainly in the Bengal army. It stemmed from dissatisfaction caused by the recent British annexation of many native states and the rapid introduction of Western customs. In May, 1857, sepoys at Meerut revolted and marched on Delhi. After capturing the city they made the puppet Mogul emperor their leader. Delhi was retaken by the British in September.

The other center of rebellion was Lucknow, where a British garrison withstood a lengthy siege. As a result of the Indian Mutiny, the East India Company was abolished and its territory transferred to the British Crown. The Mogul emperor was deposed and his sons were shot.

See also CAMPBELL, Sir COLIN; EAST INDIA COMPANY; HAVELOCK, Sir HENRY; KANPUR; LUCKNOW.

**Indian Myths and Legends, Asiatic.** See MYTHS AND LEGENDS, subtitle *Asiatic Indian Myths and Legends.*

**Indian Ocean,** an ocean lying south of Asia, west of Australia, north of Antarctica, and east of Africa. One-fourth of the world's people live in countries touching this ocean. The area of the Indian Ocean is 28,350,500 square miles (73,427,000 km²). It covers one-seventh of the earth's surface but is




slightly smaller than the Atlantic Ocean and is less than half as large as the Pacific. Its greatest depth, 25,344 feet (7,725 m), is in Java Trench. The average depth is about 12,800 feet (3,900 m). Madagascar is the largest island.

Bass Strait, between Tasmania and southern Australia, and passages through the East Indies are important routes to the Pacific Ocean on the east. The Atlantic lies west of Africa. To the north, the Indian subcontinent divides the ocean into the Bay of Bengal on the east and the Arabian Sea on the west. The Persian Gulf and the Red Sea are arms of the Arabian Sea. The Suez Canal (at the head of the Red Sea) leads to the Mediterranean Sea.

Scylax of Caryanda, a Greek geographer of the sixth century B.C., was probably the first European to sail the Indian Ocean. In 1498 Vasco da Gama of Portugal crossed it to reach India. Its northern portion became a shipping lane between Europe and the Far East after the Suez Canal opened in 1869.

The first systematic survey of this little-studied ocean was made by the International Indian Ocean Expedition of 1959-65.

---

For further information, see:

CAPE OF GOOD HOPE
SUEZ CANAL

*Large Inlets and Channels*
ANDAMAN SEA
ARABIAN SEA
BENGAL, BAY OF
GREAT AUSTRALIAN BIGHT
MOZAMBIQUE CHANNEL
RED SEA
TIMOR SEA