UNITED STATES SMALL BUSINESS ADMINISTRATION
As Receiver for Moneta Capital Corporation
409 3rd Street, SW, Suite 200
Washington, D.C. 20416

July 12, 2007

Security Prevention/Liquid Assets Venture Capital Services
Attn: Wesley D. Plante, BFA, BLA, DEA
172 Taunton Avenue
Suite 2
East Providence, RI 02914

Re: Letter Dated June 27, 2007

Dear Mr. Plante:

I am the attorney for the United States Small Business Administration in its capacity as court appointed receiver ("the Receiver") for Moneta Capital Corporation ("Moneta"). I am writing in response to your letter dated June 27, 2007 to Thomas Morris, the Director of SBA's Office of SBIC Liquidation in charge of the Moneta receivership[1], which letter was received by Mr. Morris yesterday.

As you, Mr. Morris and I discussed yesterday, the Receiver is in the process of selling the real property more commonly known as the Rocky Point Amusement Park in Warwick, Rhode Island. Title to the property was obtained by the Receiver on behalf of a syndicated lending group in 2003 via foreclosure. Thus, the property is no longer titled to CR Amusements, LLC and is no longer under the jurisdiction of the United States Bankruptcy Court for the District of Rhode Island. Instead, the property is now under the auspices of the United States District Court for the District of Rhode Island, which is the Court that oversees the Moneta receivership ("the Receivership Court").

As we further discussed yesterday, once a Purchase and Sale Agreement is finalized with a prospective buyer, that agreement will be subject to Receivership Court approval and a process established by law under 28 U.S.C. §2001. Under that process, and subject to certain terms and conditions, other parties may seek to replace the prospective buyer as the successful purchaser of the property. While you are free to make your own arrangements with third parties, the Receiver cannot appoint you attorney-in-fact for the court approval process or the sale proceedings as you have requested. The Receiver already has counsel and the Receiver does not have the authority to appoint you as attorney-in-fact for any other party.

[1] Please note that Mr. Morris is not Chief Legal Counsel and does not represent SBA or the Receiver as counsel.

If you have any other questions, please free to contact Mr. Morris at (202) 205-7366.

Sincerely,
United States Small Business Administration
As Receiver for Moneta Capital Corporation

Arlene Embrey, Trial Attorney