8-14-08

Mr.Richard Land,Esquire
Winograd,Shine &Zacks
Attorneys-at-Law
123 Dyer Street,Suite 2
Providence, R.I. 02903

RE: Intent to be hired for Environmental Planning/Water sampling contract
Freedom Bay Cottages, LLC and Adult Assisted Living Associates,LLC

Dear Mr. Land:

In the narrative letter prepared in context by S. Paul Ryan, Esq., an Environmental Lawyer for review of the file for my firm, Land Plan Associates, it mentions the 'new owner' should be contacted to set-in-motion this aforementioned case.

I am familiar with the riparian buffer restoration grant program through the State Of Rhode Island Department of Environmental Management. My brother is a Chemical Process Engineer in MASSACHUSETS, where water sampling labs are licensened. My brother Walter Plante, holds a Master's in Chemical Engineering from Worcester Polytechnic Institute, Worcester, Ma. (1987).The arsenic levels in the brownsfields conditions will continue to worsen due to the lack of supervision and the receivership because of the halt in construction.The 33 acre wetlands on the site will need remediation planning using chemical compound analysis by a MChE graduate with a Massachusetts Licensened lab. Rhode Island labs are not licensened for water sampling.

Due to the receivership claim I filed with your associate, Ms. Finkle, Esq. I claimed that the Landscape Design Company, Scotts Landscaping was using a contractor's license over a consultant's degree(s) to a proforma statement. Therefore what was owed Scott's to a proforma to the same client, Toll Brothers, Inc. of $100,000.00 should be used in fees to remediate the arsenic soils in water sampling contracts and massing diagrams of sustainable plants and trees inside the riparian buffer surrounding the 33 freshwater wetlands.

These filings and professional reports will go to complete the investigation before the Environmental Engineer who files the insignificant wetlands permit for approval.

If you could interview me or refer my firm to your 'new owner', I would appreciate Any input to your help to the conditions set forward this letter.

Very truly yours,
LAND PLAN ASSOCIATES OF THE REAL ESTATE MAGNATE CARTEL

Wesley D. Plante

Wesley Dana Plante, B.F.A.,B.L.A.
Authorized to work under DEA/RI Certified