EXHIBIT "B"

# Law Offices of Thomas W. Pearlman

ATTORNEYS AT LAW

Thomas W. Pearlman, Esq.
Richard C. Tallo, Esq.
Of Counsel

Post Office Drawer 9007
Providence, Rhode Island 02940

Telephone (401) 621-4000
(401) 726-1010
Toll Free (800) 230-4050
Fax (401) 726-3406
EIN # 05-0352755
TOM@PEARLMANLAWOFFICES.COM
RICHARD@PEARLMANLAWOFFICES.COM

June 15, 2007

Mr. Scott Hayward Phone: (781) 862-6955
Vice President & Senior Development Director
Erickson Retirement Communities, LLC
57 Bedford Street, Suite 200
Lexington, MA 02420
(781) 862-6955
(781) 862-7032 fax
(781) 808-3651 cell

Dear Scott:

Enclosed herewith is the latest developments on the Rocky Point parcel. If you are still interested, we will try to find you something else.

Sincerely yours,

____________________________

THOMAS W. PEARLMAN

TWP:wt
cc: Wesley Plante ✓

SECURITY PREVENTION/LIQUID ASSETS,
VENTURE CAPITAL SERVICES
A SOLE-PROPRIETORSHIP
172 TAUNTON AVENUE, SUITE 2, EAST PROVIDENCE, RI 02914

WESLEY D. PLANTE†, BFA, BLA††, DEA†††
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

JONATHAN W. PLANTE, STUDENT AIDE
DEIDRE C. H. PLANTE, ASST. STUDENT AIDE

THE CASE OF THE PURCHASE AND
SALE AGREEMENT BY AND BETWEEN THE MONETA
CAPITAL CORPORATION AND THE CITY OF WARWICK, R.I.
SEPTEMBER 2007

The Moneta Capital Corporation, the receiver on behalf of the U.S. Small Business Administration, is, was, and has communicated to Land Plan Associates, Through the City of Warwick, R.I., since 1999. It was since this time, I became A member of the Republican Presidential Task Force in Washington, D.C. I was sent a signed letter on September 23, 1999 by Mayor Lincoln D.Chafee, signifying the Masterplan to argue open space requirements in the light of any building development.

As seen in the Masterplan submitted to the former Mayor, Mr. Chafee, and former Director of Economic Development, William Facente, the case ended up in U.S. Bankruptcy Court in 2003. Telephone coversations were mutual between myself and Mr. Facente, as I announced to Mr. Facente this was volunteer work at self-employment will. This work at a volunteer level is currently at an indexed $18.04 per manhour rate under "environmental planning" as per the R.I. State Department of Environmental Management. It is relevant that a research patent on economics and real estate was developed by myself at this time, since I passed my banking security exam at the Bank of America in 1998. In 1985, my pre-license certificate in real estate was also passed by examination. Averaging a 12 hr. per week maintenanace of this file From 1999 until the U.S. Bankruptcy Ct. proceeding in 2003 by Judge Lageux, Some $90,000.00 of lost wages was accumulated to date.

In a phone conversation in March 2005, Charles Fulford of the U.S.Small Business Administration called my office at 53 Seventh Steet, East Providence, Rhode Island and agreed orally to allow me the rights, Toll Brothers fails as their developer, to choose the next site developer by this proposal. Since Erickson Retirement Communities, LLC bid was withdrawn, I am relying on the Rhode Island State Properties Committee to intercede with the Mayor of Warwick and The Lifespan merger.

SECURITY PREVENTION/LIQUID ASS
VENTURE CAPITAL SERVICES
A SOLE-PROPRIETORSHIP
172 TAUNTON AVENUE, SUITE 2, EAST PROVIDENCE, R.

WESLEY D. PLANTE†, BFA, BLA††, DEA†††
CHAIRMAN AND CHIEF EXECUTIVE OFFICER

JONATHAN W. PLANTE, STUDENT AIDE
DEIDRE C. H. PLANTE, ASST. STUDENT AIDE

Ms. Arlene Embrey, Trial Attorney
United States Small Business Administration
As Receiver for the Moneta Capital Corporation
409 3rd Street, SW Suite 300
Washington, D.C. 20416

RE: 2005 Correspondence: Charles Fulford and Thomas Morriss
Promise to recommend new developer at crash plan to Toll Brothers,Inc.

Dear Arlene:

Please be advised that this letter is being inadvertently sent to the R.I. State Properties Committee in Providence, Rhode Island, effective, noon time, today, Friday, September 07, 2007. There was also a mishap, perhaps in the communications Between Mr. Morriss and I in the last direction to his appointment of Nicholas Cambios' Group, Universal Properties, Inc., of West Warwick, R.I. RE: Rocky Point Park in Warwick County,R.I. His appointment was a slander, if not a lie , on the part of Universal Properties part. Mr. Nicholas Cambio, as well as Mr. Morris attested to Monies from my company to be part of "the deal"

Since Erickson Retirement Communities was my first choice, and they are not removing Because of anything but the 100 acre requirement they needed to build, this office, Land Plan Associates remains under the direct contact of the R.I.State Attorney General's Office through my DEA/RI Certified to direct the legal recommendation to bind my Representation through Mr. James Lee to so move that the Lifespan merger be earmarked As the most "admirable, honest, and responsible medical facility in the nation to be built At a waterfront site in New England" This means that at the current plans to merge the Lifespan and Care New England Hospitals, the Butler Hospital site may draw financial Resources to transfer its assets to this site to become a psychiatric grounds.

In the letter attached, the lost wages would be paid by parties involved: The City of Warwick. R.I., and the buyer through the Moneta Capital Corporation.

My telephone number is 1-401-433-0694. Please advise me through feedback.
LAND PLAN ASSOCIATES

Wesley D. Plante, BFA, BLA, DEA.

†HONORED MEMBER, LEXINGTON WHO'S WHO AMONG EXECUTIVES AND PROFESSIONALS
HONORED MEMBER, INTERNATIONAL EXECUTIVE GUILD (BETHPAGE, N.Y.)
GRADUATE OF CALDWELL BANKER
FUNDAMENTAL REAL ESTATE PRE-LICENSE (1985)
††RHODE ISLAND SCHOOL OF DESIGN 1982/83 GRADUATE
PAST MEMBER, AMERICAN SOCIETY OF LANDSCAPE ARCHITECTS, 1985
†††DEA/RI CERTIFIED (DEPARTMENT OF ELDERLY AFFAIRS - 2002)

October 21, 2006

Mr. Adam Barzilay, General Manager
Land Acquisitions Department
Toll Brothers, Inc.
83 Cedar Street
Milford, Massachusetts 01757

RE: Rocky Point Park – MASTERPLAN

Dear Adam:

Predating 1999 and thereafter, I became a member of the REPUBLICAN PRESIDENTIAL TASK FORCE in Washington, D.C. My letter to then Mayor Of Warwick, R.I. LINCOLN D. CHAFEE disclosed the importance of chosing A developer that showed the decision makers the 'HIGHEST AND BEST USE' Of this parcel of land that went bankrupt. I will be asking that your real estate Development –design head look at my masterplan for a potential 9/11 park.

As of November 05, 2006, the new office for my campaign election will be:

CAMPAIGN TO ELECT WESLEY DANA PLANTE
STATE SENATOR-DISTRICT #14 (EA.PROVIDENCE)
172 TAUNTON AVENUE- SUITE #2
EAST PROVIDENCE, R.I. 02914

Mr. Robert Powerhouse suggested I also continue to market land aquistions In R.I. but under no expense to you but through the seller.

Very truly yours,
THE ATLANTIC SEABOARD CONSORTIUM CONGLOMERATE

Wesley D. Plante, BFA, BLA,DEA
Authorized to work under DEA/RI Certified