UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Wesley Dana Plante d/b/a
Land Plan Associates

Plaintiff,

v. C.A. No. 08-281S

Arlene Embrey

*Trial Attorney*
*doing business as*
Moneta Capital Corporation Receiver for:
The U.S. Small Business Administration
and The Former CR Amusements, LLC

Defendants

**ORDER**

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 14, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiffs' Objection to the Report and Recommendation is DENIED. This action is hereby DISMISSED pursuant to 28 U.S.C. § 1915 (e) (2) (B).

By Order,
Wendy Teile
Deputy Clerk

ENTER:
WESM
William E. Smith
United States District Judge
Date: 8/22/08