**Wesley Dana Plante d/b/a**
**Land Plan Associates**

**V.** **Case Number: C.A. NO.08-281S**

**Arlene Embrey, Trial Attorney d/b/a**
**Moneta Capital Corporation Receiver for:**
**The U.S. Small Business Administration and**
**the Former CR Amusements, LLC**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the defendant, Arlene Embrey, Trial Attorney d/b/a Moneta Capital Corporation Receiver for: The U.S. Small Business Administration and the Former CR Amusements, LLC against the Plaintiff, Wesley Dana Plante d/b/a Land Plan Associates pursuant to the Court's Order dated August 22 adopting the Magistrate's Report and Recommendation dated August 14 , 2008 dismissing the Plaintiff's Complain.**

**August 26, 2008**
**Date**

Wendy Geile
**Deputy Clerk**