UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
NOTICE OF APPEAL TO 9 TH DISTRICT COURT
OF APPEALS, BOSTON, MASSACHUSETTS.

In Contempt-of-Court - R.I Superior Court Proceeding C.A. 97-0004, The Hon. Susan McGuirl Presiding, I overturned the State of R.I. and submitted a Bench Warrant to the Hon. Justice Francis Darrigan.

Under relief, the assetts of my statutory rights of "Severance Pay Entries" of case C.A. 97-004 earmarking 30 million dollars for the purchase of Rocky Pt. Park under the Re-Election Campaign in 1988 for the late U.S. Senator John H. Chafee (R)-R.I.

In appeal of this, Mr. Charles Tulford, Assoc. Director of the U.S. Small Business Administration in Washington, D.C. stated that once all possible buyers are exhausted I can use my theory of a leveraged/managed buyout/takeover in the direct exchange of the Court Case 97-004 and the Re-Election Campaign through "Severance Pay Entries allows, since Reach Family Holdings, LLC is NOT the buyer of the

former OR Amusements, LLC,
direct purchase of the Park for
$ 1.00 using the Bench Warrant
under Contempt-of-Court for
Ms. Embrey's dismissal for this
case.

I further appeal the $ 1.00
will match my entitlement to
own the former Rocky Pt. Park as the
partner with the U.S. Small
Business Administration in R.I.
and make every derivation thereunder.

SECURITY PREVENTION / LIQUID ASSETS
VENTURE CAPITAL SERVICES D/B/A
LAND PLAN ASSOCIATES
~~172 TAUNTON AVE. STE. 2~~ 5 FERNCREST DR.
EAST PROVIDENCE, RI 02915

Wesley Dana Plante

Wesley Dana Plante
DEA/RI Certified
Pro Se

September 5, 2008