David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

September 5, 2008

Richard Donovan, Clerk
United States Court of Appeals
Suite 2235
1 Courthouse Way
Boston, MA 02210

RE: CA08-281S Wesley Dana Plante v. Arlene Embry

Dear Mr.Donovan:

Enclosed herewith you will find the RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY/s/Paula Farrell Pletcher
DEPUTY CLERK

ENC: Case Record
Notice of Appeal
Certified Copy of Docket