UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WESLEY DANA PLANTE
d/b/a LAND PLAN ASSOCIATES,
    Plaintiff,

v.                              C.A. No. 08-281 S

ARLENE EMBREY, TRIAL
ATTORNEY d/b/a MONETA CAPITAL
CORPORATION RECEIVER FOR: THE
U.S. SMALL BUSINESS ADMINISTRATION
and THE FORMER CR AMUSMENTS, LLC,
    Defendants.

## ORDER

The Report and Recommendations of United States Magistrate Judge David L. Martin filed on June 27, 2011 (ECF #18) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (ECF #19) is rejected and Plaintiff's pro se Motion for Leave to Proceed *in forma pauperis* (ECF #17) is hereby DENIED. Further, the Plaintiff is hereby prohibited from filing any further motions or other documents in this matter without first obtaining permission from a judge of this Court.

ENTER:

_/s/ WSmith_
William E. Smith
United States District Judge

Date: 7/21/11